UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RENEE HICKEY-NIEZGODA,

                Plaintiff,

v.                                             Case Number 11-10538
                                             Honorable Thomas L. Ludington

WELLS FARGO HOME MORTGAGE,
FREDDIE MAC,

                Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter is before the Court on the report and recommendation (ECF No. 19) issued by Magistrate Judge Charles E. Binder on March 15, 2012, on Defendants' motion for judgment on the pleadings (ECF No. 14). Judge Binder recommends that the Court grant Defendants' motion and dismiss Plaintiff's complaint because of her "total failure to even attempt to argue against Defendants' position that the complaint fails [to state a claim]."

Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Binder's report and recommendation.

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 19) is **ADOPTED**.

It is further **ORDERED** that Defendants' motion for judgment on the pleadings (ECF

No. 14) is **GRANTED**.


Dated: March 30, 2012

<div style="text-align:center">

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

</div>

<div style="border:1px solid black">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney of record herein by electronic means and upon
Michael C. Hyde, Esquire at P.O. Box 977, Mt. Pleasant, MI 48804-
0977 first class U.S. mail on March 30, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS

</div>